IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-14-0083 |
| JUWAN ARMARNI WATKINS, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court is Juwan Armarni Watkins' Motion to Reduce Sentence Pursuant to Amendment 829 to the U.S. Sentencing Guidelines ("Amendment 829"). (ECF No. 324.)

Amendment 829 amended U.S.S.G. § 5H1.1 to state that a downward departure may be warranted "due to the defendant's youthfulness at the time of the offense or prior offenses." However, the Amendment was not made retroactive. *See United States v. Blair*, Crim. No. 20-363-MOC, 2025 WL 320949, at *2 (W.D.N.C. Jan. 28, 2025); *United States v. Mahone*, Crim. No. 12-27, 2025 WL 495376, at *8 (W.D. Va. Feb. 13, 2025). Thus, Amendment 829 cannot form the basis of a reduction in Defendant's sentence.

Accordingly, it is ORDERED that that Defendant's Motion (ECF No. 324) is DENIED.

DATED this _11_ day of April, 2025.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge